U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:25-cv-81629

FLORIDA WILDLIFE RANGERS, LLC,

  Plaintiff.

vs.

SCOTTSDALE INSURANCE COMPANY,

  Defendant.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE"), serves Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint in response to the Complaint filed on November 21, 2025, by Plaintiff, FLORIDA WILDLIFE RANGERS, LLC, and states as follows:

1. Admitted that Plaintiff seeks judgment for damages in excess of $50,000 exclusive of interest, attorney fees, and costs. Denied for any other purpose.

2. Admitted only for the purpose of establishing jurisdiction and venue; otherwise, denied.

3. Admitted.

4. Admitted only for the purpose of establishing jurisdiction and venue.

5. Admitted that SCOTTSDALE issued a commercial insurance policy number CPS7823974 to Plaintiff, FLORIDA WILDLIFE RANGERS, LLC. Said commercial insurance policy provides insurance coverage to the property located at 2115

Lake Worth Rd., Lake Worth, FL 33461, subject to the applicable terms, conditions, and exclusions of the subject policy.

6. Admitted on January 28, 2024, the property located at 2115 Lake Worth Rd., Lake Worth, FL 33461, was damaged by an automobile accident. Otherwise, denied as stated.

7. Admitted that the insured property located at 2115 Lake Worth Rd., Lake Worth, FL 33461 sustained damage on the alleged date of loss; otherwise, denied.

8. Admitted.

9. Admitted.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

To the extent that the wherefore clause requires a response, it is denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

15. SCOTTSDALE affirmatively asserts that the alleged damage to the fence of the property located at 2115 Lake Worth Rd., Lake Worth, FL, is not covered under policy number CPS782397. The policy provides as follows:

   **A.** Coverage

   We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

   **1.** Covered Property

  **a.**  Building, meaning the building or structure described in the Declarations, including:

    **(1)**  Completed additions;

    **(2)**  Fixtures, including outdoor fixtures;

    **(3)**  Permanently installed:

      **(a)**  Machinery; and

      **(b)**  Equipment;

  **(4)**  Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

    **(a)**  Fire-extinguishing equipment;

    **(b)**  Outdoor furniture;

    **(c)**  Floor coverings; and

    **(d)**  Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

  **(5)**  If not covered by other insurance:

    **(a)**  Additions under construction, alterations and repairs to the building or structure;

    **(b)**  Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

### **Second Affirmative Defense**

16. SCOTTSDALE affirmatively asserts that the alleged damage to the personal property located at 2115 Lake Worth Rd., Lake Worth, FL, is not covered under policy number CPS7822397. The policy provides as follows:

  **1.**  Property Not Covered

  Covered Property does not include:

      q.      The following property while outside of buildings:

           (2)    Fences, radio or television antennas (including satellite dishes) and their lead- in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

5.    Coverage Extensions

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

      **e.**    Outdoor Property

          You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

          **(1)**    Fire;

          **(2)**    Lightning;

          **(3)**    Explosion;

          **(4)**    Riot or Civil Commotion; or

          **(5)**    Aircraft.

          The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one

occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

## DEMAND FOR JURY TRIAL

SCOTTSDALE hereby demands trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Portal and/or electronic mail on the 30th day of December 2025 to: Deniz Cankaya, Esquire; for the law offices of Cankaya Law, located at 101 NE 3rd Ave., Ste 1500, Fort Lauderdale, FL 33301, deniz@cankaya-law.com; melissa@cankaya-law.com.

/s/Alysa C. Andrews
Andrew P. Rock, Esquire
Florida Bar No. 0656437
Alysa C. Andrews, Esquire
Florida Bar No. 1028373
The Rock Law Group, P.A.
1760 Fennell Street
Maitland, FL 32751
Telephone: (407) 647-9881
Telecopier: (407) 647-9966
Attorneys for Defendant

ACA